UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHERINE PRUDEN,

Case No. 18-cv-13011

Paul D. Borman
Plaintiff,  United States District Judge

v.

ENHANCED RECOVERY
COMPANY, INC.,

Defendant.
_____/

## ORDER OF DISMISSAL

On June 21, 2019 a Stipulation of Dismissal with Prejudice was entered in this with each party to bear his or its own attorney's fees and costs. (ECF No. 22) Accordingly, it is **ORDERED** that the above matter is **DISMISSED** with prejudice with each party to bear his or its own attorney's fees and costs

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: June 26, 2019